# Exhibit D

Loan Number: 381024855 Servicing Number: 001917376-4 Date: 09/26/05

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT (REAL ESTATE)

Provisions proceeded by a box (☐), are applicable only if the box is marked.

☐ PRELIMINARY ☒ FINAL

LENDER (Creditor): Option One Mortgage Corporation
301 Metro Center Boulevard
Warwick, RI 02886

Borrower(s) Name(s): IDALIA MONTALVO

Address: 275 GROVE ST
PROVIDENCE, RI 02909-2422

Property Address: 275 GROVE ST
PROVIDENCE, RI 02909-2422

Loan Type: CONVENTIONAL
Loan Program: 401

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 7.736 % | $291,172.96 | $184,748.68 | $475,921.64 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 359 payments of $1,322.01 monthly, beginning Nov 01, 2005 | | |
| 1 payment of $1,320.05 on Oct 01, 2035 | | |

**VARIABLE RATE:**

☐ This transaction is subject to a Variable-Rate Feature. Disclosures about Variable-Rate Feature have been provided to you earlier.

**SECURITY:**
You are giving a security interest in the Property located at: 275 GROVE ST
PROVIDENCE, RI 02909-2422

**LATE CHARGE:**
If you are more than FIFTEEN days late in making any payment, you will pay a late charge of ☐ the lesser of ☐ the greater of ☒ an amount equal to ☐ $______ ☐ 6.000 % of the overdue payment of principal and interest.

**INSURANCE:**
You may obtain property insurance from anyone you want that is acceptable to Lender.

**FILING/RECORDING FEE:**
☒ $ 100.00

**PREPAYMENT:**
If you pay off early, you
■ may ☐ will not have to pay a fee.
☐ may ☒ will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:**
Someone buying your home,
☐ cannot assume the remainder of the mortgage on the original terms.
☒ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and creditor's policy regarding assumption of the obligation.
"e" means estimate

☐ Please refer to the "Good Faith Estimate" for an Itemization of Amount Financed.

☒ Please refer to the Itemization of Amount Financed Statement.

I/We have received and read a copy of this disclosure and the documents referred to in this disclosure.

Borrower IDALIA MONTALVO Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date

Borrower Date



USD0301.wp (12-16-04)