UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IDALIA MONTALVO | : | |
| | : | |
| vs. | : | C.A. No. 06-424 ML |
| | : | |
| OPTION ONE MORTGAGE CORPORATION | : | |
| | : | |

STIPULATION

It is agreed by the parties that the defendant, Option One Mortgage Corporation may have up to and including November 17, 2006 within which to respond to the plaintiff's Complaint.

IDALIA MONTALVO
By her attorneys
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, P.C.

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, #4019
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
lefeblaw@aol.com

OPTION ONE MORTGAGE CORP.
By its Attorneys,
CARROLL KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

Dated: October 17, 2006

CERTIFICATION

I hereby certify that on October 17, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Christopher M. Lefebvre, Esq., Lefeblaw@aol.com, will receive notice through the ECF system.

/s/Patricia A. Buckley