UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IDALIA MONTALVO | : | |
| | : | |
| vs. | : | C.A. No. 06-424 ML |
| | : | |
| OPTION ONE MORTGAGE CORPORATION | : | |

DEFENDANT'S ANSWER
TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Option One Mortgage Corporation (hereafter "Option One") hereby answers the plaintiff's Amended Complaint as follows:

1. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

2. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

3. Admitted that the defendant does business in this district. Otherwise, the defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

4. This defendant is without sufficient information to either admit or deny the allegations contained in this paragraph.

5. Admitted.

6. Admitted.

7. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

8. Admitted that the plaintiff obtained a refinancing loan from Option One on or about September 26, 2005. Otherwise, the defendant is without sufficient information to either admit or deny the remainder of the allegations contained in this paragraph.

9. Admitted that the plaintiff signed and received, among other documents, the documents listed in this paragraph as subparagraphs (a), (b), (c) and (d).

10. Admitted that the documents are standard documents which are commonly used by Option One. Otherwise, the defendant is without sufficient information to either admit or deny the remainder of the allegations contained in this paragraph.

11. Admitted that the 1-4 Family Rider creates a security interest in certain items specified therein and further answering, the defendant states that the documents referenced in this paragraph speak for themselves as to their contents. Otherwise, denied.

12. The defendant hereby incorporates its answers to paragraph 1 through 11, above, as if set forth in full.

13. Denied.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a cause of action under 15 U.S.C. §1638 and §1640.

## SECOND AFFIRMATIVE DEFENSE

The defendant affirmatively pleads the statute of limitations as a bar to the within action.

## THIRD AFFIRMATIVE DEFENSE

The defendant affirmatively pleads estoppel as a bar to the within action.

## FOURTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads laches as a bar to the within action.

## FIFTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that if any violation of the Truth in Lending Act occurred in connection with the subject transaction, it was unintentional and the

result of a bona fide error.

SIXTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that it is not liable to the plaintiff because the defendant's conduct and disclosures at all times complied with and were in good faith conformity with, all applicable contracts, laws and regulations.

SEVENTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that the plaintiff's claims are barred or limited by the application of the doctrine of failure to mitigate damages.

WHEREFORE, defendant Option One Mortgage Corporation demands that the plaintiff's Complaint be dismissed and that the defendant be awarded its costs related thereto.

OPTION ONE MORTGAGE
CORPORATION
By its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

**THE DEFENDANT HEREBY**
**DEMANDS TRIAL BY JURY**

CERTIFICATION

I hereby certify that on November 15, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system; that Christopher M. Lefebvre, Esq., Clbankrupt@aol.com will receive notice through the ECF system; and that a true copy was mailed to Marc Lefebvre, Esq., P.O. Box 479, Pawtucket, RI 02862.

/s/Patricia A. Buckley