UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDALIA MONTALVO :
:
vs. : C.A. No. 06-424 ML
:
OPTION ONE MORTGAGE :
CORPORATION :

DISMISSAL STIPULATION

This matter is hereby dismissed with prejudice, no interest, no costs.

OPTION ONE MORTGAGE CORP.
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
Patricia A. Buckley #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

IDALIA MONTALVO
By her attorneys
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, P.C.

[signature] 1/23/07
Christopher M. Lefebvre, #4019
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
Lefeblaw@aol.com

Dated: 2/9/07

CERTIFICATION

I hereby certify that on ~~January~~ February 9, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Christopher M. Lefebvre, Esq., Lefeblaw@aol.com, will receive notice through the ECF system.

/s/Patricia A. Buckley